In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK.

(Argued January 26, 1891; decided February 24, 1891.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made July 18, 1890,

which affirmed an order of Special Term denying the application of the People for leave to commence and prosecute an action against the Equity Gas-Light Company of the Eastern district of the city of Brooklyn.

*Jesse Johnson* for appellant.

*Horace Graves* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed. _____